UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>PATTY, et al.,<br><br>        Defendants. | Case No. 16-cv-07239-JD<br><br>**ORDER OF DISMISSAL** |

    Plaintiff has filed a civil rights action that was dismissed with leave to amend. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: August 8, 2017

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>PATTY, et al.,<br><br>    Defendants. | Case No. 16-cv-07239-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Garcia ID: E14150
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

Dated: August 8, 2017

                          Susan Y. Soong
                          Clerk, United States District Court

                          By: /s/ Lisa R. Clark
                          LISA R. CLARK, Deputy Clerk to the
                          Honorable JAMES DONATO